IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TIMOTHY W. STEIN,

    Plaintiff,

vs.                                      CASE NO. 5:07cv152/RS-EMT

CHARLIE CRIST, GOVERNOR,
STATE OF FLORIDA,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 12). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed because of lack of subject matter jurisdiction.

3. The clerk is directed to close the file.

ORDERED on October 25, 2007.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**